# Change of Address Form

Case Number: 11-20825-EEB   Debtor(s) Name: JAMES LOVATO
Claim Number (if applicable): 1120825 #13
If change is in regards to a claim, the claim number *must* be specified.

Complete and return to the U.S. Bankruptcy Court at:
**U.S. Bankruptcy Court**
**721 19th St**
**Denver, CO 80202**
or file electronically through ECF at www.cob.uscourts.gov

**Select the Party Changing Their Address:**
☐ Debtor
☒ Creditor
☐ Noticing Party
☒ Attorney

**Please PRINT clearly**
I, ROBERT J. BRICMONT Jr., certify that I am an authorized representative of Kimberly E. Lovato
and my title/position is ATTORNEY AT LAW. I am authorized to provide you
with change of address information as follows:

*Previous address:*
The Bricmont Law Firm
c/o Kimberly Lovato
1763 Franklin St.
Denver Co 80218

*New address:*
Kimberly Lovato
10619 Ouray Ct.
Commerce City, Co 80022

**You *must* select the type of address being updated for a CREDITOR change of address.**

Address Type:
☐ Payment
☐ Correspondence
☒ Payment and Correspondence are the same

Note: If name of payee has changed, or if payments need to be mailed to a new party, a **TRANSFER OF CLAIM** must be filed, as opposed to a change of address. This includes business name changes and payments in care of (c/o) one party changing to in care of (c/o) a new party.

Date: 8-15-2014
Signature (required): /s/ Robert Bricmont
Printed Name (required): ROBERT J. BRIC
Telephone No. (required): 303.861.7171
Email: BRICMONT@ATT.NET

PLEASE MAIL DEBTOR'S PAYMENTS DIRECTLY TO THE RESIDENCE OF MY FORMER CLIENT (CREDITOR) KIMBERLY LOVATO. THANK YOU.
/s/ Robert Bricmont